## MOROSS & COMPANY *v.* BURKE.

*Lumpkin, J.*—The verdict was reasonable in amount and well supported by the evidence, and there was no error in denying a new trial.                                    *Judgment affirmed.*

May 19, 1896. By two Justices. Argued at the last term.

Action for damages. Before Judge Turnbull. Walker superior court. February term, 1895.

*W. H. Payne*, for plaintiffs in error.
*Copeland & Jackson*, contra.